UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRONX MIRACLE GOSPEL TABERNACLE WORD OF FAITH MINISTRIES, INC.,

               Plaintiff,

-against-

DEBORAH J. PIAZZA,

               Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/21/2022

22-cv-3195 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

     Bronx Miracle Gospel Tabernacle Word of Faith Ministries, Inc. initiated this action by filing a motion, pursuant to 28 U.S.C. § 157(d), to withdraw the reference to the bankruptcy court of its Chapter 11 case [ECF No. 1].  However, the bankruptcy court has dismissed the Chapter 11 case [ECF No. 3].  Accordingly, IT IS HEREBY ORDERED that the motion to withdraw the reference is DENIED as moot, and this case is DISMISSED.

**SO ORDERED.**

Date:  **April 21, 2022**
        **New York, NY**

                                                      **MARY KAY VYSKOCIL**
                                                     **United States District Judge**