**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
BRONX MIRACLE GOSPEL TABERNACLE
WORD OF FAITH MINISTRIES, INC.,

                    Plaintiff,

-against-

DEBORAH J. PIAZZA,

                    Defendant.
-------------------------------------------------------------X

22 **CIVIL** 3195 (MKV)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 21, 2022, Bronx Miracle Gospel Tabernacle Word of Faith Ministries, Inc. initiated this action by filing a motion, pursuant to 28 U.S.C. § 157(d), to withdraw the reference to the bankruptcy court of its Chapter 11 case [ECF No. 1]. However, the bankruptcy court has dismissed the Chapter 11 case [ECF No. 3]. Accordingly, the motion to withdraw the reference is DENIED as moot, and this case is DISMISSED.

**Dated:** New York, New York

      April 21, 2022

                                                            **RUBY J. KRAJICK**

                                                            **Clerk of Court**

                                     **BY:**

                                                            **Deputy Clerk**